UNITED STATES DISTRICT COURT

Northern District of California

RUEDELL L WALKER,

            Plaintiff(s),

  v.

TETRA TECH EC INC,

            Defendant(s).
_____/

No. C 09-00155 MEJ

**ORDER RE STATUS**

On April 24, 2009, the Court issued a case management order referring the parties to early neutral evaluation and setting a dispositive motion filing deadline of October 29, 2009. (Dkt. #13.) As it appears that the ENE process is complete and neither party filed a summary judgment motion, the Court hereby ORDERS the parties to file a joint status report by November 10, 2009. In addition to detailing the status of the case, the parties shall inform the Court as to whether they feel it would be beneficial to attend a settlement conference with another magistrate judge and whether either party seeks an extension of the dispositive motion filing deadline.

**IT IS SO ORDERED.**

Dated: November 2, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge