John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
SCOTT LAW FIRM
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Telephone:  (415) 561-9600
Facsimile:    (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Eric Safire, SBN 98706
LAW OFFICES OF ERIC SAFIRE
2431 Fillmore Street
San Francisco, CA 94115
Tel: (415) 292-1940
Fax: (415) 292-1946
eric@safirelaw.com

Attorneys for Plaintiff
RUEDELL L. WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUEDELL L. WALKER,<br><br>             Plaintiff,<br><br>      v.<br><br>TETRA TECH EC, INC., TETRA TECH INC., et al.,<br><br>             Defendants. | Case :  CV 090155 MEJ<br><br>**PLAINTIFF'S AMENDED REQUEST FOR DISMISSAL** |

TO THE CLERK OF THE COURT:

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff hereby dismisses defendants Tetra Tech EC, Inc. and Tetra Tech Inc., with prejudice, each party to bear its own attorneys' fees and costs.

SCOTT LAW FIRM

DATED:  November 10, 2010        By:   /s/ John H. Scott
                                                          John Houston Scott
                                                          Attorney for Plaintiff

---
PLAINTIFF'S AMENDED REQUEST FOR DISMISSAL      1